**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

JAMES H. WHITE,  : No. 175 EM 2016
:
Petitioner  :
:
:
:
v.  :
:
:
:
COURT OF COMMON PLEAS OF  :
PHILADELPHIA COUNTY,  :
:
Respondent  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of December, 2016, the Application for Leave to File Original Process and the Petition for Writ of Mandamus and/or Extraordinary Relief are **DISMISSED**. *See Commonwealth v. Ali*, 10 A.3d 282 (Pa. 2010) (explaining that hybrid representation is impermissible). The Prothonotary is **DIRECTED** to forward the filings to counsel of record.